**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **EXPRO TOOL S. DE R.L. DE C.V.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **POWER WELL SERVICE HOLDINGS MEXICO TOOL S. de C.V.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **98-0431673** |

4. **Debtor's address**

**Principal place of business**

**PROLONGACION PERIFERICO ARCO NORESTE**
**S/N GONZALEZ 1 RA SECCION CENTRO TABASCO**
**VILLAHERMOSA TABASCO 86280 MEXICO**
Number, Street, City, State & ZIP Code

County

**Mailing address, if different from principal place of business**

**PROLONGACIN PERIFERICO ARCO NORESTE**
**S/N GONZALES 1RA SECCION**
**CENTRO TABASCO C.P. 86280**
**MEXICO**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **https://www.exprogroup.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **EXPRO TOOL S. DE R.L. DE C.V.**      Case number *(if known)* _____
_____
  Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2131__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ A plan is being filed with this petition.

    ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **SEE SCHEDULE 1** _____ | | Relationship _____ |
| --- | --- | --- | --- |
| District | **Southern District of Texas** _____ | When _____ | Case number, if known _____ |

Debtor  **EXPRO TOOL S. DE R.L. DE C.V.**                          Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ■ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | EXPRO TOOL S. DE R.L. DE C.V. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both  18 U S C  §§ 152, 1341, 1519, and 3571

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor

I have examined the information in this petition and have a reasonable belief that the information is trued and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____
               MM / DD / YYYY

X _____         John McAlister
Signature of authorized representative of debtor         Printed name

Title   **General Counsel**

**18. Signature of attorney**

X   */s/  Patricia B. Tomasco*
Signature of attorney for debtor                    Date _____
                                                         MM / DD / YYYY

**Patricia B. Tomasco**
Printed name

**Jackson Walker L.L.P.**
Firm name

**1401 McKinney Street**
**Suite 1900**
**Houston, TX 77010**
Number, Street, City, State & ZIP Code

Contact phone   **(512) 236-2076**      Email address   **ptomasco@jw.com**

**01797600**
Bar number and State

## SCHEDULE 1 TO VOLUNTARY PETITION

## <u>AFFILIATED ENTITIES</u>

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

Expro Group Australia Pty Limited
Expro Holdings Australia 1 Pty Limited
Expro Holdings Australia 2 Pty Limited
Expro Do Brasil Servicos Ltda
Expro (B) Sendirian Berhad
Expro Group Canada Inc.
Expro Gulf Limited
Exploration and Production Services (Holdings) Limited
Expro Benelux Limited
Expro Eurasia Limited
Expro Holdings UK 2 Limited
Expro Holdings UK 3 Limited
Expro Holdings UK 4 Limited
Expro International Group Holdings Ltd.
Expro International Group Limited
Expro North Sea Limited
Expro Overseas Limited
Expro Resources Limited
PT Expro Indonesia

Expro International Limited
Expro Finservices Sarl
Expro Servicios S. de R.L. de C.V.
Expro Tool S. de R.L. de C.V.
Exprotech Nigeria Limited
Expro Holdings Norway As
Expro Norway AS

Petrotech AS

Expro Overseas, Inc
Expro International B.V.
Expro Worldwide B.V.
Petrotech B.V.
Expro Trinidad Limited
Expro Americas, LLC
Expro Holdings US Inc.
Expro Meters, Inc.
Expro US Finco LLC
Expro US Holdings, LLC

TESTIMONIO DEL INSTRUMENTO DEL NOMBRAMIENTO DE APODERADOS A FAVOR DE
LOS SEÑORES MICHAEL BENTHAM, ALISTAIR GEDDES, MICHAEL JARDON, JOHN
McALISTER, ERIC NELSON Y DOMENICO SANSALONE DE "EXPRO TOOL", SOCIEDAD DE
RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,

No. 21573.

Lib. 390.

Año. 2017.

# ALFONSO MARTIN LEON ORANTES

NOTARIA No. 238 DEL DISTRITO FEDERAL





LIBRO TRESCIENTOS NOVENTA.-----------------AMLO/RLIP/MCT. ------------
VEINTIÚN MIL QUINIENTOS SETENTA Y TRES. ------------------------------
CIUDAD DE MÉXICO, a trece de diciembre de dos mil diecisiete. --------
ALFONSO MARTÍN LEÓN ORANTES, titular de la notaría número doscientos
treinta y ocho de la Ciudad de México (antes Distrito Federal),
después de haberme identificado plenamente como notario, hago constar
EL NOMBRAMIENTO DE APODERADOS A FAVOR DE LOS SEÑORES MICHAEL BENTHAM,
ALISTAIR GEDDES, MICHAEL JARDON, JOHN McALISTER, ERIC NELSON Y DOMENICO
SANSALONE de "EXPRO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE
CAPITAL VARIABLE, que resulta de la protocolización del Acta de
Resoluciones Unánimes adoptadas fuera de Asamblea de Socios que realizo
a solicitud del licenciado Pedro Santamarina Noriega, al tenor de los
siguientes antecedentes y cláusulas: --------------------------------.
------------------------ A N T E C E D E N T E S. --------------------
I.- Por escritura número dieciocho mil seiscientos trece, de fecha dos
de junio de dos mil cuatro, ante el licenciado Roberto Garzón Jiménez,
titular de la notaría número doscientos cuarenta y dos de la Ciudad de
México (antes Distrito Federal), actuando como asociado en el
protocolo de la notaría número doscientos veintinueve cuyo primer
testimonio quedó inscrito en el Registro Público de Comercio de esta
capital en el folio mercantil número trescientos veintitrés mil
novecientos setenta y uno, se constituyó, "POWER WELL SERVICE HOLDINGS
MÉXICO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL
VARIABLE, con domicilio en la Ciudad de México, duración de noventa y
nueve años, cláusula de admisión de extranjeros, capital social de
TRES MIL PESOS, MONEDA NACIONAL y teniendo por objeto el que en dicha
escritura se especificó. --------------------------------------------
Y de dicha escritura en su parte conducente copio lo que es del tenor
literal siguiente: --------------------------------------------------
"... -----------------------CAPÍTULO QUINTO ------------------------
-------------------------- ASAMBLEAS DE SOCIOS ----------------------
DÉCIMA SÉPTIMA. ASAMBLEAS DE SOCIOS. La Asamblea General de Socios es
el órgano supremo de la Sociedad. Las Asambleas podrán ser ordinarias
y extraordinarias. ---------------------------------------------------
a. Las Asambleas Ordinarias de Socios, resolverán sobre los siguientes
asuntos: -------------------------------------------------------------
1. Discutir, aprobar, modificar o rechazar el informe de
administradores sobre las operaciones de la Sociedad, correspondiente
al ejercicio social anterior y el balance general correspondiente a
dicho ejercicio social, y tomar las medidas oportunas; --------------

2. Pago de dividendos a los socios; ------------------------------------

3. Nombrar y remover al (los) gerente (s) o a los miembros del Consejo de Gerentes, ----------------------------------------------------------

4. Designar y remover, en su caso, a los miembros del Consejo Vigilancia; ------------------------------------------------------------

5. Intentar contra los órganos sociales o contra los socios las acciones que correspondan para exigirles daños y perjuicios; -------

6. Aumentar o disminuir la parte variable del capital social; -------

7. Amortización de las partes sociales y expedición de certificados de goce; y. ---------------------------------------------------------------

8. Las demás que le correspondan conforme a la ley o a estos estatutos sociales. ------------------------------------------------------------

b. Las Asambleas Extraordinarias de Socios resolverán sobre los siguientes asuntos: --------------------------------------------------

1. Autorizar la admisión de nuevos socios; ---------------------------

2. Autorizar la división y la cesión de partes sociales, -------------

3. Aumentar o disminuir la parte mínima fija del capital social; ----

4. Reformar estos estatutos sociales; -------------------------------

5. Aprobar la disolución y liquidación de la Sociedad; --------------

6. Aprobar las aportaciones suplementarias de los socios; y ---------

7. Las demás que le correspondan conforme a la ley o a estos estatutos sociales. ------------------------------------------------------------

La Asamblea Ordinaria de Socios deberá celebrarse por lo menos una vez al año, dentro de los primeros cuatro meses siguientes al cierre de cada ejercicio social, para resolver sobre los asuntos mencionados en los puntos uno y dos del inciso a anterior. --------------------------

Los socios podrán, personalmente o a través de sus representantes, participar en las Asambleas de Socios por medios telefónicos u otros métodos de telecomunicación similares, por los cuales todos los participantes se puedan comunicar como si estuvieran presentes físicamente, siempre y cuando los acuerdos adoptados en dichas asambleas se confirmen de forma escrita y sean firmados por todos los socios. ----------------------------------------------------------

DECIMA OCTAVA. CONVOCATORIAS Y REPRESENTACION. Las convocatorias a Asambleas de Socios deberán enviarse a cada socio con por lo menos ocho días naturales de anticipación a la fecha en que se celebre la Asamblea, mediante correo certificado, con acuse de recibo. La convocatoria deberá contener el Orden del Día para la Asamblea, el lugar, día y hora en que tendrá verificativo e irá firmada por quien la haga. Las Asambleas de Socios se celebrarán siempre en el domicilio social. -------------------------------------------------------------

Las Asambleas de Socios serán convocadas por el Gerente o por el Consejo de Gerentes, por conducto del Presidente y/o el Secretario; en caso de ausencia o negativa, por el Consejo de Vigilancia; y a falta u

# ALFONSO MARTIN LEON ORANTES

NOTARIA No. 238 DEL DISTRITO FEDERAL

-3-
21573



ción de éste por los socios que representen más de la tercera parte del capital social. -------------------------------------------------------

No será necesaria la convocatoria cuando se encuentren representados en la Asamblea de Socios los socios que integren la totalidad del capital social. -------------------------------------------------------

Los socios podrán ser representados en las Asambleas de Socios por apoderado constituido mediante simple carta poder. ------------------

Los socios no podrán hacerse representar en las Asambleas de Socios por el Gerente, los miembros del Consejo de Gerentes o por los miembros del Consejo de Vigilancia. ----------------------------------

De conformidad con el Artículo ochenta y dos de la Ley General de Sociedades Mercantiles, los socios pueden adoptar resoluciones sin necesidad de celebrar Asamblea de Socios sobre cualquier asunto que competa a la Asamblea de Socios, siempre que se les remita por correo certificado con acuse de recibo, el texto de las resoluciones o decisiones, y el voto correspondiente se emita por escrito. Si lo solicitan los socios que representen más de la tercera parte del capital social, deberá convocarse a la Asamblea de Socios para tratar dichos asuntos. -------------------------------------------------------

DECIMA NOVENA. QUORUM DE LAS ASAMBLEAS DE SOCIOS. Las asambleas Ordinarias de Socios se considerarán legalmente instaladas, en virtud de primera convocatoria, si se encuentran presentes socios que representen, por lo menos, el sesenta por ciento del capital social. En caso de segunda o ulterior convocatoria, las Asambleas Ordinarias de Socios se considerarán legalmente instaladas cualquiera que sea el porcentaje del capital representado. ----------------------------------

Salvo que la Ley o estos estatutos establezcan un porcentaje más elevado para la adopción de resoluciones, las Asambleas Extraordinarias de Socios se considerarán legalmente instaladas si están presentes socios que representen, cuando menos, el setenta y cinco por ciento del capital social. ----------------------------------

VIGESIMA. QUORUM PARA LAS RESOLUCIONES DE LAS ASAMBLEAS DE SOCIOS. Las resoluciones de las Asambleas Ordinarias de Socios celebradas en virtud de primera convocatoria, se tomarán por mayoría de votos de los socios que representen, por lo menos, la mitad del capital social. Si no se obtiene el porcentaje en la primera Asamblea las resoluciones de las Asambleas Ordinarias celebradas en virtud de segunda o ulterior convocatoria se tomarán por mayoría de votos cualquiera que sea la porción del capital representado. ----------------------------------

Las resoluciones de las Asambleas Extraordinarias de Socios serán válidas si son aprobadas por mayoría de votos de los socios que representen por lo menos el setenta y cinco por ciento del capital social, pero en el caso de reforma del objeto social o de las reglas que determinen un aumento a las obligaciones de los socios, se

- 4 -
21573

requerirá el voto afirmativo de los socios que representen el cien por ciento del capital de la Sociedad. ----------------------------------

VIGESIMA PRIMERA. SUSPENSIÓN DE LAS ASAMBLEAS DE SOCIOS. Si por falta de tiempo la Asamblea de Socios no pudiera resolver todos los asuntos para los que fue convocada, podrá suspenderse para continuar en la fecha que la propia Asamblea de Socios determine, sin necesidad de ser convocada nuevamente. ----------------------------------------------

VIGESIMA SEGUNDA. PRESIDENCIA DE LAS ASAMBLEAS DE SOCIOS. Las Asambleas de Socios serán presididas por el Presidente del Consejo de Gerentes o, en su caso, por el Gerente, o por quien esté autorizado para sustituirlos en sus funciones. Si ninguno de los anteriores se encuentra presente, la Asamblea de Socios será presidida por la persona que designen los presentes. El Secretario del Consejo de Gerentes, o en su ausencia, la persona que designen los presentes, actuará como secretario de la Asamblea. El Presidente designará entre los presentes a uno o más Escrutadores, para determinar la existencia o falta de quórum. --------------------------------------------------

VIGESIMA TERCERA. ACTAS. De toda Asamblea de Socios se levantará un acta que deberá transcribirse en el Libro de Actas de Asambleas de Socios. Las actas serán firmadas por el Presidente y el Secretario de la misma. Los documentos que hubieren sido presentados o discutidos en la Asamblea de Socios se agregarán al expediente que al efecto se abra de la misma. --------------------------------------------------------

II.- Por escritura número treinta y un mil novecientos ochenta y uno, de fecha diecisiete de noviembre de dos mil cinco, ante la licenciada Ana Patricia Bandala Tolentino, titular de la notaría número ciento noventa y cinco de la Ciudad de México (antes Distrito Federal), cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital en el folio mercantil número trescientos veintitrés mil novecientos setenta y uno, se hizo constar la modificación al objeto social de "POWER WELL SERVICE HOLDINGS MÉXICO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, para en lo sucesivo quedar redactado como en dicha escritura se especificó. ---------------

III.- Por escritura número treinta y seis mil trescientos sesenta y uno, de fecha cinco de octubre de dos mil siete, ante la misma notario que la anterior, cuyo primer testimonio quedó inscrito en el registro Público de Comercio de esta capital en el folio mercantil número trescientos veintitrés mil novecientos setenta y uno, se hizo constar la modificación al objeto social de "POWER WELL SERVICE HOLDINGS MÉXICO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, para quedar redactado de la siguiente manera: --------------

a).- Llevar a cabo todo tipo de actividades y prestación de todo tipo de servicios relacionados con pruebas de pozos petroleros de superficie; --------------------------------------------------------

# ALFONSO MARTIN LEON ORANTES

NOTARIA No. 238 DEL DISTRITO FEDERAL



- 5 -
21573

b).- La adquisición por cualquier medio de equipos, maquinaria y cualesquiera otros activos necesarios o convenientes para llevar a cabo las actividades a que se refiere el inciso a, que antecede; -----
c).- Promover, constituir, establecer, organizar, desarrollar, explotar, administrar y representar todo tipo de sociedades comerciales, industriales o civiles y asociaciones de otros tipos, ya sean Mexicanas o extranjeras, incluyendo la adquisición, negociación, custodia y venta de cualesquiera títulos, acciones, bonos, obligaciones y en general, títulos de crédito, valores y participaciones sociales en dichas sociedades comerciales, industriales o civiles, o en dichas asociaciones. --------------------
d).- Adquirir, poseer, enajenar, arrendar, comprar, vender, hipotecar, negociar, tomar y otorgar el uso y goce bajo cualquier título permitido por la Ley, de bienes muebles e inmuebles, así como los derechos reales de los mismos, que sean necesarios o convenientes para la realización de su objeto social o para la operación de sociedades civiles o mercantiles en las que la Sociedad tenga algún interés o participación. ------------------------------------------------------
e).- Obtener, bajo cualquier título legal, toda clase de préstamos, créditos, financiamientos y otros recursos necesarios para lograr el objeto de la Sociedad, incluyendo, sin limitar, la emisión de bonos, instrumentos hipotecarios, bonos hipotecarios o bonos personales y papel comercial con la participación de instituciones o autoridades establecidas por la legislación aplicable, garantizar obligaciones por cuenta de tercero, así como para otorgar bajo cualquier instrumento legal, toda clase de préstamos, créditos, financiamientos y otros recursos necesarios, con o sin garantía específica, en relación con las sociedades o asociaciones en las que la Sociedad es accionista o tenga participación; -----------------------------------------------
f) Emitir, girar, endosar, aceptar, garantizar, descontar, suscribir, adquirir, avalar y vender, y en general negociar con toda clase títulos de crédito y valores, incluyendo, sin limitar, acciones, bonos, participaciones sociales o participaciones en otras sociedades o negocios; ------------------------------------------------------
g) Obtener, adquirir, registrar, negociar, otorgar licencias y obtener el uso y goce de toda clase de patentes, marcas y nombres comerciales, franquicias, invenciones, procesos, mejoras y derechos de autor. Producir y utilizar obras susceptibles de protección por los derechos de autor y derechos relacionados con este, así como adquirir la propiedad de dichos derechos y realizar cualquier acción legal relacionado con los mismos, ya sea en México o en el extranjero. -----
h) Dar toda clase de servicios o consultoría de naturaleza técnica, administrativa, o de organización, comercialización, investigación, desarrollo, ingeniería, recursos humanos y relaciones públicas, y en

- 6 -
21573

general toda clase de servicios relacionados con las actividades comerciales o industriales de sociedades, empresas y asociaciones, ya sea en México o en el extranjero, y recibir dichos servicios; --------
i) Actuar como agente, mediador, comisionista, apoderado, o de cualquier otra forma representar a toda clase de personas físicas y morales, relacionadas con las actividades mencionadas en los incisos anteriores; --------------------------------------------------------
j) Realizar importación y exportación de todo tipo de equipos, refacciones y vehículos necesarios para poder llevar a cabo sus actividades; y --------------------------------------------------------
k) En general, realizar y celebrar en su nombre o en nombre de terceras personas todos los actos, contratos y convenios, que sean necesarios o convenientes para la realización del objeto social de la Sociedad. --------------------------------------------------------
IV.- Por póliza número doscientos ochenta, de fecha veintiuno de febrero de dos mil ocho, ante el licenciado Francisco Javier Sánchez Gavito Díaz, titular de la correduría pública número cincuenta y nueve de la Ciudad de México (antes Distrito Federal), cuyo primer original quedó inscrito en el Registro Público de Comercio de esta capital en el folio mercantil número trescientos veintitrés mil novecientos setenta y uno, se hizo constar el cambio de denominación social de "POWER WELL SERVICE HOLDINGS MÉXICO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE por "EXPRO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, y la consecuente reforma a la cláusula primera de los estatutos sociales. ---------------------
V.- Declara el compareciente que los socios de "EXPRO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA CAPITAL VARIABLE, adoptaron Resoluciones Unánimes fuera de Asamblea General con fundamento en el artículo ochenta y dos de la Ley General de Sociedades Mercantiles y en la cláusula décima octava de los estatutos sociales, de las que se levantó el acta en idioma inglés y español que el compareciente me exhibe en nueve hojas útiles y me pide la protocolice en su parte en español, misma que agrego al apéndice de este instrumento con la letra "A", siendo dicha acta del tenor literal siguiente: -------------------
"-----------------RESOLUCIONES POR ESCRITO FUERA DE -----------------
--------------------ASAMBLEA GENERAL DE SOCIOS DE --------------------
--------------------EXPRO TOOL, S. DE R.L. DE C.V. --------------------
------------------una sociedad constituido en México ------------------
-------------------------Diciembre 11, 2017 -------------------------
Los suscritos, siendo la totalidad de los socios de Expro Tool, S. de R.L. de C. V. (los "Socios"), una sociedad constituida en México e inscrita en el Registro Público de la Propiedad y del Comercio de la Ciudad de México bajo el folio mercantil número 324304 (la "Sociedad"), actuando fuera de Asamblea de Socios de conformidad con

# ALFONSO MARTIN LEON ORANTES

NOTARIA No. 238 DEL DISTRITO FEDERAL



-7-
21573

...tutos sociales de la Sociedad por medio de las presentes, en ...a indicada anteriormente, confirmamos por escrito la siguiente resoluciones: -------------------------------------------------------------

Descripción General -----------------------------------------------------------
CONSIDERANDO QUE, los Socios han analizado y considerado las condiciones financieras y operativas de la Sociedad y del grupo societario del cual la Sociedad es parte (el "Grupo"), incluyendo el desempeño histórico de la Sociedad y del Grupo, los activos de la Sociedad y del Grupo, los pasivos actuales y a largo plazo de la Sociedad y del Grupo, y las condiciones del mercado de crédito y la industria del petróleo y el gas, y ha considerado diversas alternativas con respecto a estos asuntos; ----------------------------
CONSIDERANDO QUE, los Socios han recibido, analizado y considerado las recomendaciones y los materiales presentados por los altos funcionarios de la Sociedad y de los asesores legales, financieros y demás asesores de la Sociedad en cuanto a la situación financiera de la Sociedad descrita anteriormente, así como los riesgos relativos y los beneficios de someterse a un procedimiento bajo las disposiciones del capítulo 11 del título 11 del Código de los Estados Unidos de América (el "Ley de Insolvencia"); and (así) ------------------------
CONSIDERANDO QUE, los Socios han analizado y considerado la necesidad de financiamiento de la Sociedad conforme a un procedimiento del capítulo 11 de la Ley de Insolvencia, y han determinado que es en el mejor de los intereses de Sociedad, sus acreedores, empleados, socios y demás partes interesadas, que la Sociedad y algunas de sus subsidiarias y filiales suscriban el Contrato de Crédito DIP (según se define más adelante), así como uno o más convenios y modificaciones relacionadas con dicho Contrato de Crédito DIP, con las instituciones financieras que de tiempo en tiempo se adhieran a éste, conforme a lo cual la Sociedad, una vez iniciado el procedimiento del capítulo 11 de la Ley de Insolvencia, obtendrá financiamiento necesario para financiar dichos procedimientos y constituir los gravámenes un primer lugar requeridos en los referidos procedimientos; ---------------------
-----------------EN VIRTUD DE LO ANTERIOR, SE: ------------------------
Presentación del Procedimiento de Insolvencia -------------------------
RESUELVE (así) QUE, a juicio de los Socios, es deseable y en el mejor de los intereses de la Sociedad, sus Socios, sus acreedores en su conjunto, y demás partes interesadas, que la Sociedad presente voluntariamente su solicitud de insolvencia (la "Solicitud") e inicie un procedimiento (el "Procedimiento de Insolvencia") conforme al capítulo 11 de la Ley de Insolvencia ante el Tribunal de Insolvencia de los Estados Unidos de América para el Distrito Sur de Texas (el "Tribunal de Insolvencia"); y, además ----------------------------------

SE RESUELVE (así) QUE, los consejeros, cualquier funcionario de la Sociedad y cualquier persona señalada en el Anexo 1 (cada uno, un "Representante Autorizado"), por este medio se les autoriza, instruye y faculta a fin de que, actuando colectiva o individualmente en nombre y en representación de la Sociedad (i) suscriba y analice la Solicitud, así como todos los demás documentos accesorios a la Solicitud (incluyendo, sin limitar, la 'declaración de presentación electrónica'), y haga que la Solicitud sea presentada ante el Tribunal de Insolvencia, y lleve a cabo o gestione se lleve a cabo cualquier modificación a la Solicitud o a cualquier documentos accesorio de la misma previo a su presentación, y (ii) suscriba, analice y presente o haga que se presenten todas las solicitudes, anexos, listas, recursos y demás documentos necesarios o deseable en relación con lo anterior; y, además Asesores Legales ---------------------------------------------

SE RESUELVE (así) QUE, cada Representante Autorizado es y, en virtud de las presentes resoluciones, está autorizado para y se le instruye contratar a cualquier individuo y/o firma o despacho, como asesores legales, profesionales, consultores o asesores financieros de la Sociedad que se consideren necesarios para representar y asistir a la Sociedad en el cumplimiento de sus obligaciones conforme a la Ley de Insolvencia y, de conformidad con lo anterior, los Representantes Autorizados están autorizados para y se les instruye suscribir los acuerdos o contratos correspondientes, pagar los honorarios apropiados previo a la presentación de la Solicitud, y hacer que se presenten las solicitudes apropiadas ante la autoridad competente para retener los servicios de tales firmas o despachos; y, además ---------------------
Financiamiento de Deudor en Posesión, Garantía en Efectivo, y Protección Adecuada ------------------------------------------------------

SE RESUELVE (así) QUE, la forma, términos y condiciones de una orden provisional propuesta (la "Orden Provisional DIP") a la que la Sociedad está o estará sujeta, y las acciones y operaciones contempladas por la misma, incluyendo, sin limitar, la suscripción, entrega y cumplimiento de cierto contrato de crédito denominado Senior Secured Super Priority Debtor In Possession Credit Agreement (el "Contrato de Crédito DIP"), por y entre Expro Holdings UK 3 Limited, como matriz, la Sociedad, como acreditado, los garantes que de tiempo en tiempo sean parte del mismo, los acreditantes que de tiempo en tiempo sean parte del mismo, y HSBC Bank USA, N.A., como agente administrativo y agente de las garantías (el "Agente DIP"), y el endeudamiento por la disposición de fondos conforme al mismo, sean, por medio de las presentes resoluciones, autorizados, adoptados, y aprobados, y cada uno de los Representantes Autorizados sea, y por medio de las presentes resoluciones está, actuando individualmente, autorizado y facultado, cada uno en nombre y en representación de la

## ALFONSO MARTIN LEON ORANTES

### NOTARIA No. 238 DEL DISTRITO FEDERAL

-9-
21573


para emprender tales acciones y negociar o hacer que se
_____ re y negocie y para suscribir y dar cumplimiento y provoque el
cumplimiento de la Orden Provisional DIP, el Contrato de Crédito DIP y
cualesquier otros acuerdos, certificados, instrumentos, garantías,
recibos, peticiones, recursos u otros papeles o documentos a los
cuales la Sociedad es o será una parte, incluyendo, sin limitar,
cualquier contrato de prenda o garantía (conjuntamente con la Orden
Provisional DIP y el Contrato de Crédito DIP, los "Documentos DIP"), e
incurrir y pagar o hacer que se paguen todos los honorarios y gastos
pagaderos de conformidad con los Documentos DIP, en cada caso, en la
forma o sustancialmente en la forma presentada a la Matriz (según se
define más adelante), con los cambios, adiciones y modificaciones a
los mismos, según lo aprueben los funcionarios de la Sociedad que los
suscriban, cuya aprobación será fehacientemente evidenciada por dichos
funcionarios mediante la suscripción y cumplimiento de los mismos; y,
además -------------------------------------------------------------
SE RESUELVE (así) QUE, la Sociedad obtendrá beneficios del uso de
garantías, incluida la garantía en efectivo, según se define en la
sección 363(a) de la Ley de Insolvencia (la "Garantía en Efectivo"),
que es la garantía para ciertos acreedores garantizados previo a la
presentación de la Solicitud (colectivamente, los "Acreedores
Garantizados") que sean parte de cierto Contrato de Crédito, de fecha
2 de septiembre de 2014, según haya modificado, re-expresado,
modificado y re-expresado o de cualquier forma reformado de tiempo en
tiempo, y se encuentre vigente antes del de diciembre de 2017 (la
"Fecha de Solicitud"), entre Expro Holdings UK 3 Limited, como padre
(la "Matriz"), Expro FinServices S.á,rl, como acreditado, los garantes
de tiempo en tiempo sean parte del mismo, los acreditantes que de
tiempo en tiempo sean parte del mismo y HSBC Bank USA, NA, como agente
administrativo, HSBC Corporate Trustee Company (UK) Limited, como
agente colateral; y, además --------------------------------------
SE RESUELVE (así) QUE, la Sociedad, como deudor y deudor en posesión
conforme a la Ley de Insolvencia esté, y por medio de las presentes
está, autorizada para proporcionar cierta protección adecuada para los
Acreedores Garantizados en relación con los Documentos DIP y el uso de
garantías en efectivo y para llevar a cabo todas y cada una de las
operaciones relacionadas sustancialmente en los mismos términos
contemplados en los Documentos DIP; y, además ----------------------
SE RESUELVE (así) QUE, cada uno de los Representantes Autorizados es,
y por medio de las presentes resoluciones están, y cada Representante
Autorizado que actúe de forma individual de conformidad con las
presentes está, autorizado, instruido y facultado en nombre de, y en
representación de la Sociedad (i) para otorgar al Agente DIP garantía
y constituir gravámenes sobre, sustancialmente todos los activos de la

Sociedad, ya sean de su propiedad o adquiridos en el futuro (ii) para tomar cualquier acción requerida bajo cualquier ley para perfeccionar las garantías en favor del Agente DIP conforme a la Orden Provisional DIP y los demás Documentos DIP, incluyendo la presentación o autorización al Agente DIP para presentar estado financieros, contratos de garantía extranjeros, contratos de prenda y cualquier otro documento equivalente conforme al Uniform Commercial Code de los Estados Unidos de América (el "UCC"), así como registro de propiedad intelectual e inscripciones y cualquier cesión de garantías u otros documentos a nombre de la Sociedad que el Agente de DIP considere necesarios o apropiados, incluida cualquier declaración de financiamiento conforme al UCC que contenga una descripción genérica de la garantía, como "todos los activos", "todos los bienes presentes o adquiridos en el futuro" y otras descripciones similares, (iii) para suscribir y dar cumplimiento, y para registrar, inscribir o autorizar el registro de tales hipotecas y escrituras de fideicomiso respecto de bienes inmuebles de la Sociedad y otras solicitudes respecto de propiedad intelectual y demás bienes propiedad de la Compañía, en cada caso en que el Agente DIP razonablemente solicite perfeccionar las garantías del Agente DIP conforme a la Orden Provisional DIP y los otros Documentos DIP, y (iv) suscribir y dar cumplimiento a dichas garantías en favor del Agente DIP según lo requieran los términos del Contrato de Crédito DIP; y, además -------------------------------------
Poder ------------------------------------------------------------------
SE RESUELVE, para efecto del cumplimiento de las resoluciones adoptadas anteriormente (incluyendo, sin limitar, llevar a cabo los actos que sean necesarios y/o convenientes y suscribir cualquier contrato, garantía, títulos de crédito y demás instrumentos que se requieran), otorgar y conferir en favor de Michael Bentham, Alistair Geddes, Michael Jardon, John McAlister, Eric Nelson y Domenico Sansalone (referidos en las presentes resoluciones cada uno como un Representante Autorizado), los siguientes poderes, especiales en cuanto a su objeto, pero generales e ilimitados en cuanto a sus facultades (el "Poder"), para ser ejercidos conjunta o separadamente en nombre y representación de la Sociedad: -----------------------------
a. PODER GENERAL PARA PLEITOS Y COBRANZAS, en términos de los artículos dos mil quinientos cincuenta y cuatro, primer párrafo, y dos mil quinientos ochenta y siete del Código Civil Federal y del Código Civil para la Ciudad de México, así como de sus artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos; ----------------------------------------------
b. PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN, en términos del artículo dos mil quinientos cincuenta y cuatro, segundo párrafo, del Código Civil Federal y del Código Civil para la Ciudad de México, así

# ALFONSO MARTIN LEON ORANTES

NOTARIA No. 238 DEL DISTRITO FEDERAL

- II -
21573



los artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos; ---------------
PODER GENERAL PARA ACTOS DE DOMINIO, en términos del artículo dos mil quinientos cincuenta y cuatro, tercer párrafo, del Código Civil Federal y del Código Civil para la Ciudad de México, así como de sus artículos correlativos de los Códigos Civiles de las demás entidades federativas de las Estados Unidos Mexicanos; ---------------------------
d. PODER GENERAL para suscribir, aceptar, endosar o garantizar títulos de crédito, en términos del artículo nueve de la Ley General de Títulos y Operaciones de Crédito; y, además ---------------------------
General ------------------------------------------------------------
SE RESUELVE(así)  QUE, cada uno de los Representantes Autorizados es, y cada uno de ellos en lo individual por este medio de las presentes resoluciones está, de conformidad con el Poder aquí otorgado, autorizado, instruido y facultado de tiempo en tiempo, en nombre y en representación de la Sociedad, para (a) emprender las siguientes acciones y suscribir y dar cumplimiento a los certificados, instrumentos, garantías, avisos y documentos que sean necesarios o, en su caso, que dicho funcionario estime necesario, conveniente o adecuado para llevar a cabo la intención y el propósito de las presentes resoluciones, incluida la suscripción y cumplimiento de cualquier contrato de garantía, prenda, estados financieros y similares, (b) cumplir con las obligaciones de la Sociedad conforme a la Ley de Insolvencia, con todas las acciones a ser realizadas de tal manera, y todos los certificados, instrumentos, garantías, avisos y documentos a ser suscritos y cumplidos en tal forma, según lo apruebe el funcionario que los suscriba o les dé cumplimiento, y el cumplimiento o ejecución de los mismos por parte de dicho funcionario será evidencia fehaciente de su aprobación, tanto por parte de dicho funcionario como de la Sociedad y (c) pagar honorarios y gastos en relación con las operaciones contempladas en las presentes resoluciones; y, además ------------------------------------------------
SE RESUELVE (así) QUE, todas las acciones realizadas a la fecha de las presentes resoluciones, incluyendo, sin limitar, el convenio de apoyo a la reestructuración de fecha 7 de diciembre de 2017 celebrado entre la Sociedad, algunas de sus filiales y ciertos acreedores con consentimiento, así como todas las acciones por cualquier consejero, o cualquier funcionario de la Sociedad actuando en su propia dirección, o por cualquier empleado o agente de la Sociedad o de los Socios, en nombre y representación de la Sociedad, en o antes de la fecha de las presentes resoluciones en relación con las operaciones contempladas o implícitas en las presentes resoluciones, por medio de las presentes resoluciones se ratifican, aprueban y confirman y adoptan como actos y hechos de la Sociedad en todos sus términos; y, además ---------------

- 12 -
21573

SE RESULEVE (así) QUE, los representantes de los Socios están autorizados para certificar y entregar, a cualquier persona a quien dicha certificación y entrega se considere necesaria y apropiada en la opinión de dicho representantes, una copia fiel de las resoluciones anteriores; y además ----------------------------------------------------

SE RESULEVE (así) autorizar a Pedro Santamarina Noriega para que, como delegado especial (a) obtenga la protocolización ante fedatario público de las resoluciones aquí adoptadas, solicite la expedición de los testimonios correspondientes y presente los avisos necesarios ante las autoridades competentes; y (b) expida las copias simples o certificadas de las resoluciones aquí adoptadas y confirmadas por escrito por todos los Socios de la Sociedad. -------------------------

EN TESTIMONIO DE LO ANTERIOR, cada uno de los abajo firmantes, siendo todos los Socios de la Sociedad, han firmado estas resoluciones por escrito fuera de Asamblea General de Socios en la fecha indicada anteriormente." ----------------------------------------------------------

Siguen firmas. --------------------------------------------------------

--------------------------- C L Á U S U L A S.------------------------

PRIMERA.- Queda protocolizada el acta de Resoluciones Unánimes Adoptadas fuera de Asamblea de socios de "EXPRO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, que ha quedado transcrita en el antecedente quinto de este instrumento para que surta todos sus efectos legales. ---------------------------------------------

SEGUNDA.- Quedan nombrados como apoderados de "EXPRO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, los señores Michael Bentham (extranjero), Alistair Geddes (extranjero), Michael Jardon (extranjero), John McAlister (extranjero), Eric Nelson (extranjero) y Domenico Sansalone (extranjero), quienes gozarán conjunta o separadamente de las facultades consignadas en el Acta de Resoluciones Unánimes Adoptadas fuera de Asamblea de Socios, que ha quedado transcrita en el antecedente quinto de este instrumento. -------------

YO EL NOTARIO CERTIFICO:---------------------------------------------

I.- Que a mi juicio el compareciente tiene capacidad legal para la celebración de este acto, y que me aseguré de su identidad conforme a la relación que agrego al apéndice de este instrumento con la letra "B". ------------------------------------------------------------------

II.- Que el acta que por el presente instrumento se protocoliza no tiene indicio alguno de falsedad. -------------------------------------

III.- Que de acuerdo con los documentos exhibidos por el compareciente se deja acreditada la legal constitución y existencia de la sociedad, así como la validez y eficacia de los acuerdos respectivos, de conformidad con su régimen legal y estatutos vigentes. ---------------

IV.- Que advertí al compareciente que he dado el aviso correspondiente al Registro Nacional de Inversiones Extranjeras. ---------------------

# ALFONSO MARTIN LEON ORANTES

NOTARIA No. 238 DEL DISTRITO FEDERAL

- 13 -
21573

declara el compareciente que los socios de "EXPRO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, por ser residentes en el extranjero presentarán aviso a la administración local de recaudación que corresponda dentro de los tres meses siguientes al cierre de su ejercicio.-------------------------- -------------------

VI.- Que el representante de "EXPRO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, manifiesta que su representada se encuentra capacitada legalmente para la celebración de este acto, y acredita la personalidad que ostenta, que no ha terminado, que no le ha sido revocada, ni en forma alguna modificada y que está vigente, según consta en el acta de resoluciones unánimes adoptadas fuera de asamblea que ha quedado transcrita en el antecedente quinto de este instrumento. ------------------------------------------------------

VII.- Que puse a disposición del compareciente el aviso de privacidad a que se refiere la Ley Federal de Protección de Datos Personales en Posesión de los Particulares.---------------------------------------------

VIII.- Que el compareciente declara por sus generales ser:------------ Mexicano, originario de la Ciudad de México, lugar donde nació el día veintiocho de octubre de mil novecientos sesenta y cinco, casado, con domicilio en calle Mario Pani número cuatrocientos, piso trece, despacho dos, delegación Cuajimalpa de Morelos, código postal cero cinco mil trescientos cuarenta y ocho, licenciado en derecho. -------------------

IX.- Que advertí al compareciente de las penas en que incurren quienes declaran falsamente ante notario. ---------------------------------------

X.- Que tuve a la vista los documentos citados en este instrumento.- -

XI.- Que a solicitud del compareciente leí y expliqué este instrumento al mismo, una vez que le hice saber el derecho que tiene de leerlo personalmente, manifestando el otorgante su conformidad y comprensión plena y lo firmó el día catorce de diciembre de dos mil diecisiete, mismo momento en que lo autorizo.-------------------- ----------------- --------------------------- Doy fe. ----------------------------------

Firma del licenciado Pedro Santamarina Noriega. ----------------------

Alfonso Martín León Orantes.-----------Firma.-------------------------

El sello de autorizar.---------------------------------------------------

Para cumplir con lo dispuesto por el artículo dos mil quinientos cincuenta y cuatro del Código Civil vigente en la Ciudad de México, a continuación se transcribe: -----------------------------------------------

"ART. 2554.- En todos los poderes generales para pleitos y cobranzas bastará que se diga que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley, para que se entiendan conferidos sin limitación alguna. --------------------

En los poderes generales para administrar bienes, bastará expresar que se dan con ese carácter, para que el apoderado tenga toda clase de facultades administrativas. ----------------------------------------------

- 14 -
21573

En los poderes generales, para ejercer actos de dominio, bastará que se den con ese carácter para que el apoderado tenga todas las facultades de dueño, tanto en lo relativo a los bienes, como para hacer toda clase de gestiones a fin de defenderlos. ------------------
Cuando se quisieren limitar, en los tres casos antes mencionados, las facultades de los apoderados, se consignarán las limitaciones, o los poderes serán especiales. -------------------------------------------
Los notarios insertarán este artículo en los testimonios de los poderes que otorguen". -------------------------------------------
ALFONSO MARTÍN LEÓN ORANTES, titular de la notaría número doscientos treinta y ocho de la Ciudad de México (antes Distrito Federal). ------
EXPIDO SEGUNDO TESTIMONIO SEGUNDO EN SU ORDEN PARA CONSTANCIA DE "EXPRO TOOL", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, EN CATORCE PÁGINAS ÚTILES.-------------------------------
CIUDAD DE MÉXICO, A CATORCE DE DICIEMBRE DE DOS MIL DIECISIETE. ------
------------------------------ DOY FE. -------------------------------

RLIP/MCT

| | |
|---|---|
| RESOLUCIONES POR ESCRITO FUERA DE ASAMBLEA GENERAL DE SOCIOS DE EXPRO TOOL, S. DE R.L. DE C.V. una sociedad constituido en México | RESOLUTIONS BY WRITTEN CONSENT IN LIEU OF A STOCKHOLDERS MEETING OF EXPRO TOOL, S. DE R.L. DE C.V. a company incorporated in Mexico |
| **Diciembre 11 , 2017** | **December 11 , 2017** |
| *Los suscritos, siendo la totalidad de los socios de Expro Tool, S. de R.L. de C.V. (los "Socios"), una sociedad constituida en México e inscrita en el Registro Público de la Propiedad y del Comercio de la Ciudad de México bajo el folio mercantil número 324304 (la "Sociedad"), actuando fuera de Asamblea de Socios de conformidad con los estatutos sociales de la Sociedad, por medio de las presentes, en la fecha indicada anteriormente, confirmamos por escrito la siguientes resoluciones:* | *The undersigned, constituting all of the stockholders of the Expro Tool, S. de R.L. de C.V. (the "Stockholders"), a company incorporated in Mexico and registered in the Public Commercial and Property Registry of Mexico City under the folio mercantil number 323971 (the "Company"), acting without a meeting pursuant to the Company's Articles of Association, hereby takes the following actions as of the date set forth above and hereby adopts, by this written consent, the following resolutions:* |
| **Descripción General** | **Overview** |
| CONSIDERANDO QUE, los Socios han analizado y considerado las condiciones financieras y operativas de la Sociedad y del grupo societario del cual la Sociedad es parte (el "Grupo"), incluyendo el desempeño histórico de la Sociedad y del Grupo, los activos de la Sociedad y del Grupo, los pasivos actuales y a largo plazo de la Sociedad y del Grupo, y las condiciones del mercado de crédito y la industria del petróleo y gas, y ha considerado diversas alternativas con respecto a estos asuntos; | WHEREAS, the Stockholders have reviewed and considered the financial and operational condition of the Company and the group of companies of which the Company is part (the "Group"), including the historical performance of the Company and the Group, the assets of the Company and the Group, the current and long-term liabilities of the Company and the Group, and the oil and gas industry and credit market conditions, and has considered various alternatives in respect of these matters; |
| CONSIDERANDO QUE, los Socios han recibido, analizado y considerado las recomendaciones y los materiales presentados por los altos funcionarios de la Sociedad y de los asesores legales, financieros y demás asesores de la Sociedad en cuanto a la situación financiera de la Sociedad descrita anteriormente, así como los riesgos relativos y los beneficios de someterse a un procedimiento bajo las disposiciones del capítulo 11 del título 11 del Código de los Estados Unidos de América (el "Ley de Insolvencia"); and | WHEREAS, the Stockholders have received, reviewed and considered the recommendations of, and the materials presented by, the senior management of the Company and the Company's legal, financial, and other advisors as to the financial condition of the Company described above and the relative risks and benefits of pursuing a case under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and |
| CONSIDERANDO QUE, los Socios han analizado y considerado la necesidad de financiamiento de la Sociedad conforme a un procedimiento del capítulo 11 de la Ley de Insolvencia, y han determinado que es en el mejor | WHEREAS, the Stockholders have reviewed and considered the Company's need for financing in connection with a chapter 11 case under the Bankruptcy Code, and has determined that it is |



de los intereses de Sociedad, sus acreedores, empleados, socios y demás partes interesadas, que la Sociedad y algunas de sus subsidiarias y filiales suscriban el Contrato de Crédito DIP (según se define más adelante), así como uno o más convenios y modificaciones relacionadas con dicho Contrato de Crédito DIP, con las instituciones financieras que de tiempo en tiempo se adhieran a éste, conforme a lo cual la Sociedad, una vez iniciado el procedimiento del capítulo 11 de la Ley de Insolvencia, obtendrá financiamiento necesario para financiar dichos procedimientos y constituir los gravámenes un primer lugar requeridos en los referidos procedimientos;

EN VIRTUD DE LO ANTERIOR, SE:

### Presentación del Procedimiento de Insolvencia

RESUELVE QUE, a juicio de los Socios, es deseable y en el mejor de los intereses de la Sociedad, sus Socios, sus acreedores en su conjunto, y demás partes interesadas, que la Sociedad presente voluntariamente su solicitud de insolvencia (la "Solicitud") e inicie un procedimiento (el "Procedimiento de Insolvencia") conforme al capítulo 11 de la Ley de Insolvencia ante el Tribunal de Insolvencia de los Estados Unidos de América para el Distrito Sur de Texas (el "Tribunal de Insolvencia"); y, además

SE RESUELVE QUE, los consejeros, cualquier funcionario de la Sociedad y cualquier persona señalada en el Anexo 1 (cada uno, un "Representante Autorizado"), por este medio se les autoriza, instruye y faculta a fin de que, actuando colectiva o individualmente en nombre y en representación de la Sociedad (i) suscriba y analice la Solicitud, así como todos los demás documentos accesorios a la Solicitud (incluyendo, sin limitar, la 'declaración de presentación electrónica'), y haga que la Solicitud sea presentada ante el Tribunal de Insolvencia, y lleve a cabo o gestione se lleve a cabo cualquier modificación a la Solicitud o a cualquier documentos accesorio de la misma previo a su presentación, y (ii) suscriba, analice y presente o haga que se presenten todas las solicitudes, anexos, listas, recursos y demás documentos necesarios o deseable en relación con lo anterior; y, además

---

in the best interests of the Company, its creditors, employees, stockholders, and other interested parties, for the Company and certain of its subsidiaries and affiliates to enter into the DIP Credit Agreement (as defined below) and one or more related agreements and amendments thereto with the financial institutions from time to time party thereto, pursuant to which the Company will obtain postpetition debtor-in-possession financing to fund their chapter 11 cases and grant the first priority priming liens required thereby;

NOW THEREFORE LET IT BE:

### Chapter 11 Filing

RESOLVED, that, in the judgment of the Stockholders, it is desirable and in the best interests of the Company, its Stockholders, its creditors as a whole, and other parties in interest, that the Company file a voluntary petition for relief (the "Petition") and commence a case (the "Chapter 11 Case") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and it is further

RESOLVED, that the directors, any officer of the Company and any individual listed in Annex 1 (each, an "Authorized Signatory"), is hereby authorized, directed and empowered, acting either collectively or individually on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents (including but not limited to the 'declaration of electronic filing'), and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all of the petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further



| Asesores Legales | Retention of Professionals |
|---|---|
| SE RESULEVE QUE, cada Representante Autorizado es y, en virtud de las presentes resoluciones, está autorizado para y se le instruye contratar a cualquier individuo y/o firma o despacho, como asesores legales, profesionales, consultores o asesores financieros de la Sociedad que se consideren necesarios para representar y asistir a la Sociedad en el cumplimiento de sus obligaciones conforme a la Ley de Insolvencia y, de conformidad con lo anterior, los Representantes Autorizados están autorizados para y se les instruye suscribir los acuerdos o contratos correspondientes, pagar los honorarios apropiados previo a la presentación de la Solicitud, y hacer que se presenten las solicitudes apropiadas ante la autoridad competente para retener los servicios de tales firmas o despachos; y, además | RESOLVED, that each Authorized Signatory be, and each of them individually hereby is, authorized and directed to employ any individual and/or firm, as counsel, professionals, consultants, or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Signatories are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Petition, and to cause to be filed appropriate applications for authority to retain the services of such firms; and it is further |
| **Financiamiento de Deudor en Posesión, Garantía en Efectivo, y Protección Adecuada** | **Debtor-in-Possession Financing, Cash Collateral, and Adequate Protection** |
| SE RESUELVE QUE, la forma, términos y condiciones de una orden provisional propuesta (la "Orden Provisional DIP") a la que la Sociedad está o estará sujeta, y las acciones y operaciones contempladas por la misma, incluyendo, sin limitar, la suscripción, entrega y cumplimiento de cierto contrato de crédito denominado Senior Secured Super Priority Debtor In Possession Credit Agreement (el "Contrato de Crédito DIP"), por y entre Expro Holdings UK 3 Limited, como matriz, la Sociedad, como acreditado, los garantes que de tiempo en tiempo sean parte del mismo, los acreditantes que de tiempo en tiempo sean parte del mismo, y HSBC Bank USA, N.A., como agente administrativo y agente de las garantías (el "Agente DIP"), y el endeudamiento por la disposición de fondos conforme al mismo, sean, por medio de las presentes resoluciones, autorizados, adoptados, y aprobados, y cada uno de los Representantes Autorizados sea, y por medio de las presentes resoluciones está, actuando individualmente, autorizado y facultado, cada uno en nombre y en representación de la Sociedad, para emprender tales acciones, y negociar o hacer que se prepare y negocie y para suscribir y dar cumplimiento y provoque el cumplimiento de la Orden Provisional DIP, el Contrato de Crédito DIP y cualesquier otros acuerdos, certificados, instrumentos, garantías, | RESOLVED, that the form, terms, and provisions of a proposed interim order (the "Interim DIP Order") to which the Company is or will be subject, and the actions and transactions contemplated thereby, including, without limitation, the execution, delivery and performance of that certain Senior Secured Super Priority Debtor In Possession Credit Agreement (the "DIP Credit Agreement"), by and between Expro Holdings UK 3 Limited, as parent, the Company, as borrower, the guarantors from time to time party thereto, the lenders from time to time party thereto, and HSBC Bank USA, N.A., as administrative agent and collateral agent (the "DIP Agent"), and the borrowing of funds thereunder, be, and hereby are authorized, adopted, and approved, and each of the Authorized Signatories be, and hereby is, acting alone, authorized and empowered, in the name of and on behalf of each of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, and cause the performance of, the Interim DIP Order, the DIP Credit Agreement and such other agreements, certificates, instruments, guaranties, receipts, petitions, motions, or other papers or documents to which the Company is or will be a party, including, but not limited to any security and pledge agreement or guaranty agreement (collectively with the Interim |



recibos, peticiones, recursos u otros papeles o documentos a los cuales la Sociedad es o será una parte, incluyendo, sin limitar, cualquier contrato de prenda o garantía (conjuntamente con la Orden Provisional DIP y el Contrato de Crédito DIP, los "Documentos DIP"), e incurrir y pagar o hacer que se paguen todos los honorarios y gastos pagaderos de conformidad con los Documentos DIP, en cada caso, en la forma o sustancialmente en la forma presentada a la Matriz (según se define más adelante), con los cambios, adiciones y modificaciones a los mismos, según lo aprueben los funcionarios de la Sociedad que los suscriban, cuya aprobación será fehacientemente evidenciada por dichos funcionarios mediante la suscripción y cumplimiento de los mismos; y, además

SE RESUELVE QUE, la Sociedad obtendrá beneficios del uso de garantías, incluida la garantía en efectivo, según se define en la sección 363(a) de la Ley de Insolvencia (la "Garantía en Efectivo"), que es la garantía para ciertos acreedores garantizados previo a la presentación de la Solicitud (colectivamente, los "Acreedores Garantizados") que sean parte de cierto Contrato de Crédito, de fecha 2 de septiembre de 2014, según haya modificado, re-expresado, modificado y re-expresado o de cualquier forma reformado de tiempo en tiempo, y se encuentre vigente antes del de diciembre de 2017 (la "Fecha de Solicitud"), entre Expro Holdings UK 3 Limited, como padre (la "Matriz"), Expro FinServices S.à.r.l, como acreditado, los garantes de tiempo en tiempo sean parte del mismo, los acreditantes que de tiempo en tiempo sean parte del mismo y HSBC Bank USA, NA, como agente administrativo, HSBC Corporate Trustee Company (UK) Limited, como agente colateral; y, además

SE RESUELVE QUE, la Sociedad, como deudor y deudor en posesión conforme a la Ley de Insolvencia esté, y por medio de las presentes está, autorizada para proporcionar cierta protección adecuada para los Acreedores Garantizados en relación con los Documentos DIP y el uso de garantías en efectivo y para llevar a cabo todas y cada una de las operaciones relacionadas sustancialmente en los mismos términos contemplados en los Documentos DIP; y, además

SE RESUELVE QUE, cada uno de los

DIP Order and the DIP Credit Agreement, the "DIP Documents"), and incur and pay or cause to be paid all fees and expenses payable in connection with the DIP Documents, in each case, in the form or substantially in the form thereof submitted to the Parent (as defined below), with such changes, additions, and modifications thereto as the officers of the Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and it is further

RESOLVED, that the Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for certain prepetition secured lenders (collectively, the "Secured Lenders") party to that certain Credit Agreement, dated as of September 2, 2014, as amended, restated, amended and restated or otherwise modified or supplemented from time to time, and in effect immediately prior to December 17, 2017 or the date of filing of the Petition (being the "Petition Date"), among Expro Holdings UK 3 Limited, as parent (the "Parent"), Expro FinServices S.à.r.l, as borrower, the guarantors from time to time party thereto, the lenders from time to time party thereto and HSBC Bank USA, N.A., as administrative agent, HSBC Corporate Trustee Company (UK) Limited, as collateral agent; and it is further

RESOLVED, that the Company, as debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to provide certain adequate protection for the Secured Lenders in connection with the DIP Documents and use of cash collateral and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Documents; and it is further

RESOLVED, that each of the Authorized



Representantes Autorizados es, y por medio de las presentes resoluciones están, y cada Representante Autorizado que actúe de forma individual de conformidad con las presentes está, autorizado, instruido y facultado en nombre de, y en representación de la Sociedad (i) para otorgar al Agente DIP garantía y constituir gravámenes sobre, sustancialmente todos los activos de la Sociedad, ya sean de su propiedad o adquiridos en el futuro (ii) para tomar cualquier acción requerida bajo cualquier ley para perfeccionar las garantías en favor del Agente DIP conforme a la Orden Provisional DIP y los demás Documentos DIP, incluyendo la presentación o autorización al Agente DIP para presentar estado financieros, contratos de garantía extranjeros, contratos de prenda y cualquier otro documento equivalente conforme al Uniform Commercial Code de los Estados Unidos de América (el "UCC"), así como registro de propiedad intelectual e inscripciones y cualquier cesión de garantías u otros documentos a nombre de la Sociedad que el Agente de DIP considere necesarios o apropiados, incluida cualquier declaración de financiamiento conforme al UCC que contenga una descripción genérica de la garantía, como "todos los activos", "todos los bienes presentes o adquiridos en el futuro" y otras descripciones similares, (iii) para suscribir y dar cumplimiento, y para registrar, inscribir o autorizar el registro de tales hipotecas y escrituras de fideicomiso respecto de bienes inmuebles de la Sociedad y otras solicitudes respecto de propiedad intelectual y demás bienes propiedad de la Compañía, en cada caso en que el Agente DIP razonablemente solicite perfeccionar las garantías del Agente DIP conforme a la Orden Provisional DIP y los otros Documentos DIP, y (iv) suscribir y dar cumplimiento a dichas garantías en favor del Agente DIP según lo requieran los términos del Contrato de Crédito DIP; y, además

Signatories be, and they hereby are, and each Authorized Signatory acting alone hereby is, authorized, directed, and empowered in the name of, and on behalf of the Company (i) to grant to the DIP Agent a security interest in and liens upon, substantially all of the Company's assets, whether now owned or hereafter acquired (ii) to take any action required under any laws to perfect the security interests of the DIP Agent under the Interim DIP Order and the other DIP Documents, including filing or authorizing the DIP Agent to file any US Uniform Commercial Code (the "UCC") financing statements, foreign security agreements and pledge agreements, any other equivalent filings, any intellectual property filings and recordation and any necessary assignments for security or other documents in the name of the Company that the DIP Agent deems necessary or appropriate, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, (iii) to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Company and such other filings in respect of intellectual and other property of the Company, in each case as the DIP Agent may reasonably request to perfect the security interests of the DIP Agent under the Interim DIP Order and the other DIP Documents, and (iv) to execute and deliver such guaranties in favor of the DIP Agent as may be required by the terms of the DIP Credit Agreement; and it is further

| Poder | Power of Attorney |
|---|---|
| SE RESUELVE, para efecto del cumplimiento de las resoluciones adoptadas anteriormente (incluyendo, sin limitar, llevar a cabo los actos que sean necesarios y/o convenientes y suscribir cualquier contrato, garantía, títulos de crédito y demás instrumentos que se requieran), otorgar y conferir en favor de Michael Bentham, Alistair Geddes, Michael Jardon, John McAlister, Eric Nelson y Domenico Sansalone (referidos en las | RESOLVED, for the purpose of the execution and delivery of the resolutions adopted herein (including, but not limited, to carry out the necessary and/or convenient acts and execute and deliver any agreement, guaranty, credit instrument and any other document required), to grant and confer in favor of Michael Bentham, Alistair Geddes, Michael Jardon, John McAlister, Eric Nelson and Domenico Sansalone (referred herein |



presentes resoluciones cada uno como un Representante Autorizado), los siguientes poderes, especiales en cuanto a su objeto, pero generales e ilimitados en cuanto a sus facultades (el "Poder"), para ser ejercidos conjunta o separadamente en nombre y representación de la Sociedad:

a. **PODER GENERAL PARA PLEITOS Y COBRANZAS**, en términos de los artículos dos mil quinientos cincuenta y cuatro, primer párrafo, y dos mil quinientos ochenta y siete del Código Civil Federal y del Código Civil para la Ciudad de México, así como de sus artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos;

b. **PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN**, en términos del artículo dos mil quinientos cincuenta y cuatro, segundo párrafo, del Código Civil Federal y del Código Civil para la Ciudad de México, así como de sus artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos;

c. **PODER GENERAL PARA ACTOS DE DOMINIO**, en términos del artículo dos mil quinientos cincuenta y cuatro, tercer párrafo, del Código Civil Federal y del Código Civil para la Ciudad de México, así como de sus artículos correlativos de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos;

d. **PODER GENERAL** para suscribir, aceptar, endosar o garantizar títulos de crédito, en términos del artículo nueve de la Ley General de Títulos y Operaciones de Crédito; y, además

each as an Authorized Signatory), the following powers-of-attorney, special as to its purposes but general and unlimited as to its authority (the "Power of Attorney"), to be exercised individually or jointly on behalf of the Company:

a. **GENERAL POWER OF ATTORNEY FOR LITIGATION AND COLLECTIONS**, pursuant to Articles two thousand five hundred fifty-four, first paragraph, and two thousand five hundred eighty-seven of the Federal Civil Code and the Mexico City Civil Code, as well as their correlative Articles of the Civil Codes of the rest of the federal entities of the United Mexican States;

b. **GENERAL POWER OF ATTORNEY FOR ACTS OF ADMINISTRATION**, pursuant to Article two thousand five hundred fifty-four, second paragraph, of the Federal Civil Code and the Mexico City Civil Code, as well as their correlative Articles of the Civil Codes of the rest of the federal entities of the United Mexican States;

c. **GENERAL POWER OF ATTORNEY FOR ACTS OF OSNERSHIP**, pursuant to Article two thousand five hundred fifty-four, third paragraph, of the Federal Civil Code and the Mexico City Civil Code, as well as their correlative Articles of the Civil Codes of the rest of the federal entities of the United Mexican States;

d. **GENERAL POWER OF ATTORNEY** to subscribe, accept, endorse or guaranty credit instruments, pursuant to Article nine of the General Law for Negotiable Instruments and Credit Transactions; and it is further

---

General

SE RESUELVE QUE, cada uno de los Representantes Autorizados es, y cada uno de ellos en lo individual por este medio de las presentes resoluciones está, de conformidad con el Poder aquí otorgado, autorizado, instruido y facultado de tiempo en tiempo, en nombre y en representación de la Sociedad, para (a) emprender las siguientes acciones y suscribir y dar cumplimiento a los certificados, instrumentos, garantías, avisos y

General

RESOLVED, that each of the Authorized Signatories be, and each of them individually hereby is, pursuant to the Power of Attorney contained herein, authorized, directed and empowered from time to time in the name and on behalf of the Company, to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary,



documentos que sean necesarios o, en su caso, que dicho funcionario estime necesario, conveniente o adecuado para llevar a cabo la intención y el propósito de las presentes resoluciones, incluida la suscripción y cumplimiento de cualquier contrato de garantía, prenda, estados financieros y similares, (b) cumplir con las obligaciones de la Sociedad conforme a la Ley de Insolvencia, con todas las acciones a ser realizadas de tal manera, y todos los certificados, instrumentos, garantías, avisos y documentos a ser suscritos y cumplidos en tal forma, según lo apruebe el funcionario que los suscriba o les dé cumplimiento, y el cumplimiento o ejecución de los mismos por parte de dicho funcionario será evidencia fehaciente de su aprobación, tanto por parte de dicho funcionario como de la Sociedad y (c) pagar honorarios y gastos en relación con las operaciones contempladas en las presentes resoluciones; y, además

SE RESUELVE QUE, todas las acciones realizadas a la fecha de las presentes resoluciones, incluyendo, sin limitar, el convenio de apoyo a la reestructuración de fecha 7 de diciembre de 2017 celebrado entre la Sociedad, algunas de sus filiales y ciertos acreedores con consentimiento, así como todas las acciones por cualquier consejero, o cualquier funcionario de la Sociedad actuando en su propia dirección, o por cualquier empleado o agente de la Sociedad o de los Socios, en nombre y representación de la Sociedad, en o antes de la fecha de las presentes resoluciones en relación con las operaciones contempladas o implícitas en las presentes resoluciones, por medio de las presentes resoluciones se ratifican, aprueban y confirman y adoptan como actos y hechos de la Sociedad en todos sus términos; y, además

SE RESUELVE QUE, los representantes de los Socios están autorizados para certificar y entregar, a cualquier persona a quien dicha certificación y entrega se considere necesaria y apropiada en la opinión de dicho representante, una copia fiel de las resoluciones anteriores; y, además

SE RESUELVE autorizar a Pedro Santamarina Noriega para que, como delegado especial (a) obtenga la protocolización ante fedatario público de las resoluciones aquí adoptadas, solicite

advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, (b) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company and (c) pay fees and expenses in connection with the transactions contemplated by the foregoing resolutions; and it is further

RESOLVED, that all actions heretofore done, including, but not limited to, entry into the restructuring support agreement dated 7 December 2017 between the Company, certain of its affiliates and certain consenting creditors and all actions by any director, or any officer of the Company acting at their direction, or by any employees or agents of the Company or the Stockholders, on behalf of the Company, on or prior to the date hereof in connection with the transactions contemplated or implied by the foregoing resolutions be, and they hereby are, ratified, approved and confirmed and adopted as the acts and deeds of the Company in all respects; and it is further

RESOLVED, that the managers of the Stockholders are hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary and appropriate in the opinion of such manager, a true copy of the foregoing resolutions; and it is further

RESOLVED to designate Pedro Santamarina Noriega so that, as special delegate, to (a) obtain the notarization before a Notary Public of the Resolutions adopted herein, request the issuance



| | |
|---|---|
| la expedición de los testimonios correspondientes y presente los avisos necesarios ante las autoridades competentes; y (b) expida las copias simples o certificadas de las resoluciones aquí adoptadas y confirmadas por escrito por todos los Socios de la Sociedad. | of the corresponding testimony· and submit the necessary notices to the competent authorities; and (b) issue simple or certified copies of the Resolutions adopted and confirmed in writing herein by all the Stockholders of the Company. |
| EN TESTIMONIO DE LO ANTERIOR, cada uno de los abajo firmantes, siendo todos los Socios de la Sociedad, han firmado estas resoluciones por escrito fuera de Asamblea General de Socios en la fecha indicada anteriormente. | IN WITNESS THEREOF, each of the undersigned, together being all the Stockholders of the Company, have signed these resolutions by written consent in lieu of a Stockholders Meeting as of the date first written above. |
| *[Sigue página de firmas]* | *[Signature page follows]* |

LONS4762614313465561-0001



Socios de / Stockholders of
Expro Tool, S. de R.L. de C.V.
__1 1__ de 2017 / _diciembre_ 2017

Por: / By: **EXPRO WORLDWIDE BV**

Socio (titular del 0.03% del capital social de la Sociedad) / its Stockholder (holding 0.03% of the Company's stock)

Por: / By:
Nombre: / Name: Eric Nelson
Cargo: / Title: Director

Por: / By: **EXPRO INTERNATIONAL BV**

Socio (titular del 99.97% del capital social de la Sociedad) / its Stockholder (holding 99.97% of the Company's stock)

Por: / By:
Nombre: / Name: Eric Nelson
Cargo: / Title: Director

[_HOJA DE FIRMAS DE RESOLUCIONES POR ESCRITO FUERA DE ASAMBLEA GENERAL DE SOCIOS DE EXPRO TOOL, S. DE R.L. DE C.V. – 11 DE DICIEMBRE DE 2017 – SIGNATURE PAGE TO THE RESOLUTIONS BY WRITTEN COSENT IN LIEU OF A STOCKHOLDERS MEETING OF EXPRO TOOL, S. DE R.L. DE C.V. – 11 DECEMBER, 2017_]

LON47626143/3 465561-0001





